JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIRAM E. SUMMERS, | Case No. 2:21-cv-08380-DOC-JC |
| Petitioner, | |
| v. | |
| RAY MADDEN, Warden, | JUDGMENT |
| Respondent. | |

Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action and this action are dismissed without prejudice.

DATED: November 3, 2021

/s/ David O. Carter

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE